# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

November 6, 2023

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The application is granted.*
*So ordered.*
*12/18/23  /s/ John G. Koeltl*
*U.S.D.J.*

Re: *United States v Tayvon Brown*, 22 Cr. 373 (JGK)

Your Honor:

    I represent Tayvon Brown in the referenced case and write to ask that the condition of curfew with location monitoring be removed. This request is made at the suggestion of the pre-trial office, and upon consent of the government.

    Mr. Brown was arrested approximately 1 ½ years ago, in June of 2022. Since then, Mr. Brown has been on a curfew with location monitoring. According to the pre-trial office, he has complied with all of his conditions. In addition, he is in the process of enrolling in college courses, and has been participating in the STRIVE program to help him obtain employment. Because of his record of compliance, the pre-trial office believes that location monitoring is no longer necessary.

    Accordingly, we ask that the condition of curfew with location monitoring be removed.

Respectfully submitted,

/s/
James E. Neuman