# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

January 21, 2024

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Adjourned to Thursday, March 28, 2024, at 2:30pm. So Ordered. 1/30/24 /s/ John G. Koeltl, USDJ*

Re: *United States v Tayvon Brown*, 22 Cr. 373 (JGK)

Your Honor:

I represent Tayvon Brown in the referenced case and write to ask that the sentencing, currently scheduled for February 7, 2024, be postponed approximately one month, or to a date thereafter that is convenient for this Court. There are two reasons for this request. First, I am still in the process of receiving sentencing letters from Mr. Brown's friends and family, as well as various other records. Second, I have a number of other deadlines coinciding with the current deadline for filing Mr. Brown's sentencing submission. I have conferred with AUSA Patrick Moroney and he informs me that the government consents to this application.

Accordingly, I ask that the sentencing date be postponed approximately one month.

Respectfully submitted,

/s/
James E. Neuman