UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                 22 cr 373-03 (JGK)

TAYVON BROWN,
                      Defendant.
------------------------------------------------------------X

The parties shall provide the Court a status letter within 60 days.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 11, 2026.